

**FILED**
DEC 20 2024
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

IN THE CIRCUIT COURT OF
SAINT LOUIS COUNTY, MISSOURI

Michael C Merritt Jr.
Plaintiff(s)

Date_____
Case Number: 24SL-CC06394
Division: 6

VS.

UHAUL International Inc.
Defendant(s)

### AMENDED COMPLAINT

Come now, Michael Merritt Plaintiff and files this complaint against UHAUL and for cause would show as follows:

1. Plaintiff is an adult resident of Missouri

2. Defendant, UHAUL, and may be served with process of this Court by personal service at Uhaul Legal Dept. 2727 N. Central Ave. Phoenix AZ. 85004

3. I have been renting vehicles from UHAUL for business purposes for a couple of years now. There is always fraudulent charges and over-billing activities going on. I have tried multiple location to avoid the fraud but, it seems as if this is just how they do business but, each location has tried to add fraudulent charges from insurance fees, to gas, to late payment fees and mileage rates. OTP Customer service always refer customers back to the store managers for complaints. With that being said, the store managers train their employees to breach contracts.

4. UHAUL offers a daily, weekly and monthly rentals extension but, they refuse to give the monthly rate after an extension exceeding a month. The defendant, by and through its manager, staff and reps show no regards to their customers by using their set of breach of contract procedures that are normal practices for customers who can't fight back. This incident will prove claims of discrimination, civil conspiracy, fraud, negligence, intentional tort.

5. Contract# 22388406 – 11/22/2023 this is when I was told that the insurance coverage that I had wasn't sufficient enough. This contract is under my business phone number as I tried to use my business info/insurance to rent. Eventually both accounts were combined. I would go on to pay insurance for a few more rentals until I reached out to my insurance company. Store# 736057

6. Contract# 23508717 - 12/2/2023 I was forced to pay insurance coverage. I was told my insurance coverage wasn't sufficient enough. I also had to make a complaint in regards to the monthly plan with this store. They did fix the bill as for as the monthly plan but, the insurance coverage was not removed. Store# 875076

7. Contract# 84517617 – 6/3/2024 insurance coverage was added fraudulently. Store# 875071

8. Contract# 89923184 – 7/12/2024 insurance coverage was added fraudulently. This is the last time I paid insurance coverage. I did confirm with my insurance provider that I had full coverage commercial insurance which includes any vehicle that I operate. Store# 875076

9. Contract# 93502263 - 8/7/2024 an extra fuel charge was added and a late fee. This particular rental was followed up with a new reservation at the same time. They made me complete the first rental payment before I could take the next van. Contract# 93502730 - 8/9/2024. I had to refer to the photos I took before I left the rental facility to get the fuel charge removed. I also had to make a complaint to get a refund for the late fee which was added because somehow the payment was retracted and was withheld from payment until 8/22/2024 when I thought it was paid 8/9/2024 before the next contract. Keep in mind, I had to have a hold put on my card for the next contract to even get the van. Store# 736057. Concern 4941237 - resolved

10. Contract# 94793570 - 8/16/2024 this is an incident when the rep did not want to let me see the bill in writing before I accepted the rate. The employee refused to use the weekly mileage for the final rate of the rental. He literally added 100 miles to the weekly included miles of 750, totaling 850 miles. The defendants, by and through its manager, staff and reps refused to show me the charges in writing, stating that they could not give me a printout until I paid. I didn't see what he was charging me for until I was able to get access to my UHAUL portal. I had to cancel the reservation because I knew that charge was wrong. Store# 875073

11. Contract# 94811464 - 8/16/2024 Contains discrimination, billing fraud, negligence, civil conspiracy and conversion. There's multiple complaints for this contract but, they refused to give me another complaint number. I had to make a complaint for the first week of this rental to get them to give me the correct weekly rate. I decided then to just go ahead and keep the van to get the monthly rate in the end. So, there's only one complaint number for multiple incidents for 9/27/2024. Store# 875073. This will be the last draw before I seek damages.

12. 9/27/2024 7:30pm I was due to take the van back after a little over a month long rental (1 week + 5 weekly extensions). Two days earlier the defendant, by and through its manager, staff and reps had stated that I could not extend the rental for an additional week due to preventive maintenance scheduling. She stated that I could bring it in, get it serviced then extend the rental. She stated that I could leave my work equipment in the van while they service the vehicle.

13. At around 4:00-4:30pm on 9/27/2024 I shows up for the maintenance. The truck wasn't due back till 7:30pm that same day if I had decided not to extent the rental. I tell the rep that I was there for the maintenance. He stated that I would have to pay for the rental first. I agreed. But, the rate was at least $500 more than I expected. The charges should have been around $1600-$1800 tax included. They gave me a bill for over $2300. I made a compliant and that's when the female manager got involved and backed the charges. At that point, I knew what they were on

so, I decide I wasn't going to pay and left the defendants' facility to go remove my equipment from the vehicle.

**378.638. Fraudulent acts, penalties. —**
1. A person who shall knowingly make any false or fraudulent statement or representation in or relating to any application for membership, or for the purpose of obtaining money from or a benefit in any society, shall be guilty of a class A misdemeanor.
2. Any person who willfully makes a false or fraudulent statement in any verified report or declaration under oath required or authorized by this chapter, or of any material fact or thing contained in a sworn statement concerning the death or disability of an insured for the purpose of procuring payment of a benefit named in the certificate, shall be guilty of perjury and shall be subject to the penalties therefor prescribed by law.
3. Any person who knowingly solicits membership for, or in any manner assists in procuring membership in, any society not licensed to do business in this state, or who shall solicit membership for, or in any manner assist in procuring membership in any such society not authorized as provided in this chapter, shall be guilty of an infraction.
4. Any person guilty of a knowing violation of, or neglect or refusal to comply with, the provisions of this chapter for which a penalty is not otherwise prescribed shall be guilty of an infraction.

14. I proceeded to go home and make a complaint over the phone for the 5th time to the phone number listed for the customer support team for UHAUL. The 3rd time for this particular store. This company engages in deliberate breach of contract practices. The defendants, by and through its manager, staff, employees and reps were overcharging and adding fees, stating they have a best rate guarantee. When I called in, the rep decided it was best to side with the store manager on the fraudulent fees and referred me back to the store manager. Revert to (11)

15. It took me a whole two hours for anyone to take my complaint and give me a complaint number for my records. No resolution. (Complaint and document#- 583608185 and 941811464). Revert to (11)

16. I managed to empty the van out to prepare to take it back and hopefully get the right rate after the complaint.

17. This is where things go way wrong,

18. Upon returning the vehicle at around 6:30pm on 9/27/2024, I walked into the defendant's store to pay and they gave me the same wild rate. They were the same reps that's always there practicing their improper billing tactics. The female manager was no longer there. The defendants, by and through its manager, staff and reps refused to show me the charges in writing, stating that they could not give me a printout until I paid. The reps informed me that they weren't going to give me a monthly rate for the rental so, I informed them that I will not be paying that amount and that I will be making another complaint.

19. I proceeded to leave the defendant's facility. Got into the car with my ride and left. Once we got to the red light, I realized I left my book bag in the van. We then went around the block to return to the facility, not even 5 minutes.

20. Once returning to the UHAUL facility, I noticed the van still sitting under the carport with the door still open but, the (check-in guy) return guy was gone. I went to look in the van and the book bag was gone too. I then went inside the store to get my property. Two employees were at the counter and they said they didn't see a book bag. I asked them, where was the employee that took my book bag out the van. (He had disappeared)...

21. Once I saw the check-in guy coming from the back of the warehouse, I ask the check-in guy to return my book bag. He stated he didn't see a book bag and that he don't steal. All 3 employees stated they didn't see the book bag. That's when I started fearing for my life because, I didn't know these employees who had access to my personal information. I was then scared to make a complaint knowing that they had my fire-arm which was in the book bag that they stole.

22. The defendants, by and through its manager, staff and reps profiled me as a criminal which is discrimination. All 3 are black males. They assumed that I, nor my fire-arm was legal enough to call the police. I begged the guys to return my property but they denied having it. I then advised them that I would call 911 if they didn't return my book bag. I also asked the MOD if he could check the cameras to see if his check-in guy had stolen the book bag. He then said, "Fine."

**213.065. Discrimination in public accommodations prohibited, exceptions. —**
1. All persons within the jurisdiction of the state of Missouri are free and equal and shall be entitled to the full and equal use and enjoyment within this state of any place of public accommodation, as hereinafter defined, without discrimination or segregation because of race, color, religion, national origin, sex, ancestry, or disability.
2. It is an unlawful discriminatory practice for any person, directly or indirectly, to refuse, withhold from or deny any other person, or to attempt to refuse, withhold from or deny any other person, any of the accommodations, advantages, facilities, services, or privileges made available in any place of public accommodation, as defined in section 213.010 and this section, or to segregate or discriminate against any such person in the use thereof because of race, color, religion, national origin, sex, ancestry, or disability.
3. The provisions of this section shall not apply to a private club, a place of accommodation owned by or operated on behalf of a religious corporation, association or society, or other establishment which is not in fact open to the public, unless the facilities of such establishments are made available to the customers or patrons of a place of public accommodation as defined in section 213.010 and this section.

23. I decided to wait outside while the MOD searched the cameras. I not knowing these guys or what they would do had me fearing for my safety. I didn't know if I would get put in a locker at gun point or worse. So, I hurried outside to wait. After maybe 5 minutes, the MOD came back and stated there was no book bag in the van. He stated that he didn't see anything on the camera. That's when I learned that this company practices conversion also. (THEY STEAL

Uhaul Complaint 24-36272 Amendment#1
Page 4 of 7

EXHIBIT E

CUSTOMERS PROPERTY) All three employees stated that they didn't see a book bag and that, it was ok for me to call the authorities.

**570.030. Stealing — penalties. —** 1. A person commits the offense of stealing if he or she:
(1) Appropriates property or services of another with the purpose to deprive him or her thereof, either without his or her consent or by means of deceit or coercion;
(2) Attempts to appropriate anhydrous ammonia or liquid nitrogen of another with the purpose to deprive him or her thereof, either without his or her consent or by means of deceit or coercion; or
(3) For the purpose of depriving the owner of a lawful interest therein, receives, retains or disposes of property of another knowing that it has been stolen, or believing that it has been stolen.

24. The defendant, by and through its manager, staff, reps and employees were enjoying humiliating and antagonizing me. I kept wondering, why they were looking to watch me suffer. I advised the employees that the facility had cameras everywhere and that they would be caught and they still refused to give up my property. I then dialed 911.

25. The police arrived with-in 10 minutes after I called. After a 2 hour investigation and search, all 3 employees on duty were arrested. I was given back my stolen fire-arm and stolen book bag which were found an hour or so apart and in different locations hidden with-in the facility. I was so traumatized that, I couldn't remember everything that was in the book bag at the time. There were other things missing like a parking ticket that I got on the rental van, $100 and some receipts that was in the book bag that the police never recovered. I really was just happy to get my fire-arm and bag back. While one employee was in the back on the police car, I could hear him issuing threats out the window. I really fear for my life at this point because I truly believe the female store manager was in cahoots with the employees that were on duty. I am very paranoid and fear for my life as that female manager still has access to my personal information. I cannot prove she was involved but, she is the one who approved the fraudulent charges of daily rentals on a rental exceeding 5 weeks. I run a home based business and would like to maybe relocate after this. The amount of emotional distress and mental anguish that comes with this is very unbearable.

26. As a result of this breach of contract, I haven't been able to rent a vehicle with UHAUL since the incident. I was using UHAUL to make runs for my business when my trucks go down. I was trying to save for a vehicle repair or for a new vehicle. Hence, I no longer have any transportation to run my business due to the shark like behaviors of this company. I am self-employed and I have lost business and associates. This company's actions were discriminatory and unethical at the least. Most of the defendants, manager, staff and reps are familiar with me and aware of my history with UHAUL hence, I also have a business contract with the company to provide roadside assistance services. This was the last draw. If they wouldn't have stolen my book bag, I would just be out of business. I would be just another victim of fraud with no repercussions. Most of these stores have dated managers who should know the correct procedures, therefore the negligence they perform is with 100% intent.

Uhaul Complaint 24-36272 Amendment#1
Page 5 of 7

**EXHIBIT E**

27. The defendants, by and through its manager, staff and reps were purposely looking to humiliate and embarrass and damage me. The defendant, by and through its manager, staff and reps has been purposely malicious with their billing tactics and fraud customers for "Dealer Commission" gain. I blame the training procedures and ethics training and or the lack of for this incident. I have proof of the multiple times they've tried to add charges. I believe that: The defendants, by and through its manager, staff and reps whom trains staff to overbill and fraud customers, heightens the possibility that a theft of a customer's property can occur.

28. The defendants, by and through its manager, staff and reps has no regards for other companies doing business with them. This is business malpractice. I plan to seek mental assistance as a result from the extreme emotional anguish. It's hard to trust the system if the system can shut you down. The defendant, by and through its manager, staff and reps was wrongful and committed deliberate, malicious activities. If their sole purpose was to destroy my enjoyment of life, they are successful. There's no guarantee that my business can bounce back after this.

29. I continue to receive collections notices from the fraudulent bill with no conversations as to how the company would rectify this situation. I have suffered out-of-pocket-expenses just to try and rectify the damages they caused and failed miserably. I believe their actions to be negligent and has caused acute anxiety. Everything is falling apart. I am suffering from PTSD, mental anguish and distress just knowing this was a black-on-black discrimination incident that ultimately has me fearing for my life. I have been humiliated amongst professional peers, suffering massive harm to my reputation and brand with affiliates and partners. By not being able to perform my contracted duties, I have a loss of wages and accumulated debt as a result of these malicious practices. The police called it "CONSPIRACY"..... They attempted to hide/discard evidence.

**Civil Conspiracy:**
To make a claim for civil conspiracy in Missouri, you must show that there are (1) two or more persons, (2) an unlawful objective, (3) a meeting of the minds, (4) at least one act in furtherance of the conspiracy and (5) injury to Plaintiff. *Phelps v. Bross*, 73 S.W.3d 651, 657 (Mo. Ct. App. 2002). Every element must be proven by clear and convincing evidence. *Chmieleski v. City Products Corp.*, 660 S.W.2d 275-279-80 (Mo. Ct. App. 1983).

**Intentional Tort:**
Conversion is the civil version of theft. A person does not need to intend to permanently deprive the owner of property of it in order to be held liable for conversion. Simply borrowing an item and refusing to return it on time and as agreed can make a defendant liable for conversion.

30. This is also a criminal case that is still in process. This will also take away from my quality of life and time. I'm sure these are common practices with this company and I intend to help them change their policies. I would not know the exact details of police investigation.

    a. St. Louis County Police Department incident report# 24-36272

31. Defendants serving address should be updated from 12060 Lusher Rd. St. Louis, MO. 63138 to Uhaul Legal Dept. 2727 N. Central Ave. Phoenix AZ. 85004

32. The previous complaint should be amended to request an update of relief from the previous $500,000.00 to the sum of $530,000.00 compensatory damages. This update is to include miscalculations of past, present and future damages to my income, brand and quality of life that has been lost and lingering mental distress. It will also reflect the seriousness of the complaint.

33. I can prove and show that the breach of contract, civil conspiracy, tort actions of the defendant, by and through its manager, staff and reps reflect egregious, intentional, malicious, willful actions and with reckless disregards to my rights and warrant an award to be awarded at trial of compensatory and punitive damages.

Wherefore, Plaintiff brings this action against UHAUL and requests judgement in the sum of $530,000.00 compensatory damages and all cost of these proceedings.

Michael c Merritt Jr.
6215 Dardanella Ave.
St. Louis, Mo. 63121
314-348-9366