

**FILED**
JAN 1 3 2025
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

IN THE CIRCUIT COURT OF
SAINT LOUIS COUNTY, MISSOURI

Michael C Merritt Jr.
Plaintiff(s)

Date_____
Case Number: 24SL-CC06394
Division: 6

VS.

UHAUL International Inc.
Defendant(s)

### PLAINTIFF'S MOTION FOR DEFAULT JUDGEMENT AGAINST UHAUL INTERNATIONAL INC AND CERTIFICATE IN SUPPORT OF MOTION FOR DEFAULT

Come now, Michael Merritt Plaintiff move for default judgement pursuant to rule 74.05(a) against defendant Uhaul International Inc and states the following in support:

1. Plaintiff filed a complaint with Uhaul International Inc on 09/27/2024.

2. Plaintiff filed a Demand letter with Repwest Insurance Company whom represents Uhaul International Inc on 10/29/2024.

3. Plaintiff filed suit against the Uhaul International Inc, and hired Missouri Sheriff Department for service on 11/06/2024.

4. Plaintiff had a 1-on-1, face-to-face sit down with one of Uhaul International Inc's Owners to discuss demands. Owner gave no fair settlement offer on 11/21/2024.

5. Missouri Sheriff documented defendant Uhaul International Inc was served at place of incident on 12/06/2024 to family member.

6. Plaintiff subsequently hired a process server to find and locate the registered agent for Uhaul International Inc in Arizona. Registered Agent Dementria Tsosie accepted service for Uhaul International Inc on 12/24/2024.

7. Pursuant to Rule 55.25 of the Missouri Rules of Civil Procedure, Uhaul International Inc's answer was due on or before 01/06/2025.

8. As of the filing of this motion, no answer or other responsive pleading has been filed by defendant Uhaul International Inc.

9. Pursuant to Rule 74.05(a) of the Missouri Rules of Civil Procedures, plaintiff is entitled to an order of default.

Uhaul Complaint 24-36272 Motion for Default
Page **1** of 3

EXHIBIT E

10. Uhaul International Inc, The defendant, by and through its manager, staff and reps used discrimination, civil conspiracy, fraud, negligence and intentional tort to breach the contract and ruin the enjoyment of life once enjoyed by the plaintiff. The defendant's patterns of deception violate multiple codes with egregious, malice intent. The open invoice still standing with Uhaul International Inc, The stolen Uhaul International Inc parking ticket I had in my bag that they kept. Should be cancelled. Compensatory damages sustained are approximately $530,000 in economic and noneconomic losses.

11. Pursuant to Rule 408.562 of the Missouri Rule for Damages, plaintiff is entitled to $530,000 in compensatory damages.

12. Pursuant to Rule 510.261 of the Missouri Rule for Civil Penalty, plaintiff is entitled to the maximum multiplier of 5x the compensatory damages of $2,650,000 award for the 6 egregious claims.

74.05 | Entry of Default Judgment
(a) Entry of Default Judgment. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules, upon proof of damages or entitlement to other relief, a judgment may be entered against the defaulting party. The entry of an interlocutory order of default is not a condition precedent to the entry of a default judgment.

Wherefore, Plaintiff respectfully prays this court enter an order of default as to Defendant Uhaul International Inc; issue a judgement in favor of the plaintiff Michael Merritt Jr. and against the Defendant Uhaul International Inc for $3,180,000 and any other relief to which the plaintiff is entitled.

Michael c Merritt Jr.
6215 Dardanella Ave.
St. Louis, Mo. 63121
314-348-9366