UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL C. MERRITT, JR., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:25-cv-00075-SRC |
| U-HAUL INTERNATIONAL, INC., | ) |
| Defendant. | ) |

### Order of Dismissal

In accordance with the Memorandum and Order entered this date, the Court grants U-Haul International's [24] Motion to Dismiss Plaintiff's Amended Petition for Lack of Personal Jurisdiction.  The Court dismisses Merritt's complaint without prejudice.

So ordered this 11th day of July 2025.

_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE